# Roberts *v.* Lentz, Appellant.

Argued Dec. 7, 1905.    Appeal, No. 62, Oct. T., 1905, by defendant, from judgment of C. P. Montgomery Co., March T., 1904, No. 82, on verdict for plaintiff in case of Emma Roberts v. Henry G. Lentz, Surviving Executor of Benjamin Lentz,

408        ROBÉRTS v. LENTZ, Appellant.

Statement of Facts—Opinion of the Court. [30 Pa. Superior Ct.
deceased.    Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ.    Affirmed.

Scire facias sur mortgage.    Before SWARTZ, P. J.

*Henry Freedley*, with him *E. L. Hallman*, for appellant.

*J. B. Larzelere, Jr.*, for appellee.

OPINION BY RICE, P. J., March 12, 1906:
· This appeal was argued with the appeal in Norristown Trust Co., etc., v. Henry G. Lentz, post, 408, in which we herewith file an opinion.  It was very frankly conceded by the appellant's counsel that if the judgment in that case was affirmed full justice would be done, so far as his client is concerned, by an affirmation of this judgment also.   In view of this concession and of the judgment we have entered in the case referred to, we are not called upon to enter into a discussion of the questions raised by the two assignments of error in this case, but feel warranted in disposing of the case in the manner suggested.
The judgment is affirmed.